# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Robert Fredrick Cobbs | ) Case No: 4:95CR3-2 |
| | ) USM No: 11762-058 |
| Date of Previous Judgment: 2/5/96 | ) Claire Rauscher |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33            Amended Offense Level: 33
Criminal History Category: III        Criminal History Category: III
Previous Guideline Range: 168 to 210 months    Amended Guideline Range: 168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): No reduction since the original guideline calculations were based on cocaine powder, not cocaine base.

**III. ADDITIONAL COMMENTS**
The original sentence imposed on 2/5/96 remains in full force and effect. The defendant filed a pro se motion in this case. As such, the Federal Defender for the Western District of North Carolina, Claire Rauscher, is named as the attorney.

Except as provided above, all provisions of the judgment dated 2/5/96 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: December 12, 2008

Lacy H. Thornburg
United States District Judge

Effective Date: _____
(if different from order date)