**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

**CRIMINAL CASE NO. 4:95cr03-2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| vs. | ) | <u>**O R D E R**</u> |
| | ) | |
| | ) | |
| **ROBERT FREDRICK COBBS.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion pursuant to 18 U.S.C. 3583(e)(1) Modification for Supervised Release" [Doc. 636].

The Defendant seeks early termination of his period of supervised release. However, on June 18, 2009, jurisdiction of the Defendant supervised releasee was transferred to the United States District Court for the District of New Jersey which accepted jurisdiction on September 15, 2009. [Doc. 621]. Included in the Order transferring jurisdiction to the District of New Jersey was the following language: "This Court [for the Western District of North Carolina] expressly consents that the period of ... supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court." [<u>Id</u>.]. This Court therefore declines to entertain this motion, finding

that it should be brought in the District having jurisdiction over the Defendant supervised releasee.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion pursuant to 18 U.S.C. 3583(e)(1) Modification for Supervised Release" [Doc. 636] is hereby **DENIED** without prejudice to renewal in the District of New Jersey.

Signed: August 24, 2011

Martin Reidinger
United States District Judge